433 A.2d 140

Commonwealth v. Winstead, Appellant.

Submitted November 14, 1980. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and POPOVICH, JJ.

Judgment of sentence entered August 14, 1979 is affirmed.

433 A.2d 140

Commonwealth ex rel. Schultheis v. Schultheis, Appellant.

Submitted November 14, 1980. Dante G. Bertani, for appellant; P. Louis DeRose, III, for Commonwealth, appellee.

Before SPAETH, JOHNSON and POPOVICH, JJ.

Order entered August 9, 1979 is affirmed.